**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PHYSICIANS OF WINTER HAVEN,** | ) | **CASE NO.1:10CV264** |
| **LLC, dba DAY SURGERY CENTER,** | ) | |
| **on behalf of itself and all others** | ) | |
| **similarly situated,** | ) | |
|         **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
|     **Vs.** | ) | |
| | ) | |
| **STERIS CORPORATION,** | ) | **ORDER** |
| | ) | |
|         **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff's Unopposed Motion for Attorney Fees. (ECF #30).  The Motion was referred to Magistrate Judge William H. Baughman, Jr., for a Report and Recommendation. (ECF #32).  The Magistrate Judge issued his Report and Recommendation on February 6, 2012, recommending (1) approving the payment of an incentive award in the amount of $15,000 to Winter Haven, (2) awarding class counsel the amount of $2 million for its reasonable attorneys' fees, and (3) denying the motion insofar as it seeks reimbursement of costs and expenses.

1

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen (14) days after service. On February 7, 2012, the Parties filed a Joint Notice of No Objections to Report and Recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981). Therefore, Magistrate Judge Baughman's Report and Recommendation is **ADOPTED.** The Court grants in part and denies in part Plaintiff's Motion, and authorizes payment of an incentive award in the amount of $15,000 to Winter Haven, awards class counsel the amount of $2 million for its reasonable attorneys' fees, and denies the Motion as to reimbursement of costs and expenses.

IT IS SO ORDERED.

Date: 2/8/2012

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge